```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         DEC - 8 2015

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   JARED L. GRIMMER
3  Assistant United States Attorney
   333 Las Vegas Blvd. S., Suite 5000
   Las Vegas, NV 89101
4  702-388-6336

5                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
6                               -oOo-

7

8  UNITED STATES OF AMERICA,        )   Case : 2:15-CR-340
                                    )
9              Plaintiff,           )   CRIMINAL INDICTMENT
                                    )
10       vs.                        )   **VIOLATION:**
                                    )   Felon In Possession of Firearm
11 RICK VANTHIEL,                   )   18 U.S.C. § 922(g), 924(a)(2)
                                    )
12             Defendant.           )
                                    )
13 _____

   **THE GRAND JURY CHARGES THAT:**
14

15               COUNT 1 (Felon in Possession of a Firearm)

16   On or about September 30, 2015, in the State and Federal District of Nevada,

17                              **RICK VANTHIEL,**

18 the defendant herein, having been convicted of a crime punishable by imprisonment for a term

19 exceeding one year, to wit: Attempt Battery with Substantial Bodily Harm, in Clark County,

20 Nevada District Court Case Number C235849 on or about January 2, 2008; did knowingly

21 possess in and affecting interstate commerce a firearm; that is, a Hi-Point C9, 9 millimeter

22 firearm, serial number P1690539; said possession being in and affecting interstate commerce.

23 ///

24

COUNT 2 (Felon in Possession of a Firearm)

On or about September 30, 2015, in the State and Federal District of Nevada,

**RICK VANTHIEL,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Attempt Battery with Substantial Bodily Harm, in Clark County, Nevada District Court Case Number C235849 on or about January 2, 2008, did knowingly possess in and affecting interstate commerce a firearm; that is, a Military Armament Corp M10A1, 9 millimeter firearm, serial number S5011598; said possession being in and affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: this 8TH day of December, 2015.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

_____
Jared L. Grimmer
Assistant United States Attorney

2