FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 8 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL
REPORTS OF THE SPECIAL GRAND JURY
THE **May 22, 2013** TERM. **13-02**

**MINUTES OF COURT**

DATE: December 8, 2015 @ 1:28 PM – 1:30 PM

PRESENT: The Honorable **Cam Ferenbach**, U.S. Magistrate Judge.

DEPUTY CLERK: **Araceli Bareng**       REPORTER: **Bonnie Terry**

UNITED STATES ATTORNEY: **Jared Grimmer**       COURTROOM: **3D**

A roll call of the Grand Jury is taken with **20** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| **2:15-CR-338**<br>2:15-MJ-807-GWF | **TIMOTHY RYAN** | **LOCAL FEDERAL CUSTODY** |
| **2:15-CR-339**<br>2:15-MJ-1102 CWH<br>2:15 MJ-1101 CWH | **JONATHAN JOSEPH OWENS**<br>**TEMOGEN TRAN NOGUNI**<br>**DANIEL SCHWARTZ** | **SUMMONS**<br>**SUMMONS**<br>**SUMMONS** |
| **2:15-CR-340**<br>2:15-MJ-1105 CWH | **RICK VANTHIEL** | **LOCAL FEDERAL CUSTODY** |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:15-CR-338; 2:15-CR-339 (Defendants Owens and Noguni); and 2:15-CR-340** will be held on **Wednesday, December 16, 2015 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C**.

**IT IS ORDERED** that the Initial Appearance and Arraignment & Plea as to : **2:15-CR-339 (Defendant Schwartz)** will be held on **Wednesday, December 16, 2015 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C**.

The Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk

United States District Court

/S/ Araceli Bareng

Deputy Clerk