DANIEL G. BOGDEN
United States Attorney
JARED L. GRIMMER
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax:  (702) 388-5087

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:15-cr-00340-RFB |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Stipulation to Continue Hearing Date** |
| ) | (First Request) |
| RICK VANTHIEL, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Jared L. Grimmer, Assistant United States Attorneys, counsel for the United States, and William Carrico, Assistant Federal Public Defender, counsel for defendant Rick VanThiel, that the evidentiary hearing date in the above-captioned matter, currently scheduled for May 3, 2016, at 10:00 am, be vacated and set to a date and time convenient to this Court.

This stipulation is entered into for the following reasons:

1. The defendant is in custody, but does not object to the continuance.

2. Denial of this request for continuance could result in a miscarriage of justice.

3. The additional time requested herein is not sought for purposes of delay, but to allow additional time to allow the appearance of necessary witnesses critical to litigate pretrial issues in advance of trial.

1

4. That the Government would request a new hearing date, subject to the Court's calendar in approximately one month from the scheduled hearing.

This is the first request for continuance filed herein by Counsel.

DATED this 29th day of April, 2016.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/

/s/

WILLIAM CARRICO
Assistant Federal Public Defender
Counsel for Defendant Larson

JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:15-cr-00340-RFB |
| Plaintiff, ) | |
| ) | |
| vs. ) | **FINDINGS OF FACT AND ORDER** |
| ) | **TO CONTINUE HEARING DATE** |
| ) | |
| RICK VANTHIEL, ) | |
| ) | |
| Defendant. ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody, but does not object to the continuance.

2. Denial of this request for continuance could result in a miscarriage of justice.

3. The additional time requested herein is not sought for purposes of delay, but to allow additional time to allow the appearance of necessary witnesses critical to litigate pretrial issues in advance of trial.

4. That the Government would request a new hearing date, subject to the Court's calendar in approximately one month from the scheduled hearing.

## ORDER

**IT IS THEREFORE ORDERED** that the evidentiary hearing currently scheduled be

vacated and continued to Monday, June 13 , 2016, at the hour of 10:00AM

DATED  29th day of  April   , 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4