# EXHIBIT LIST

Case No. 2:15-cr-00340-RFB

Case Name United States of America v. Rick Vanthiel

Exhibits on behalf of **Defense**

FILED ✓
____ ENTERED      ____ RECEIVED
                  ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

JUN 1 3 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____BL_____ DEPUTY

Page 1

| DATE ADMITTED | DATE MARKED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 6/13/2016 | 6/13/2016 | 3-14 (Govt) | Detective Kenneth Mead | Photo of rear of semi trailer on property |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |