DANIEL G. BOGDEN
United States Attorney
District of Nevada
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd. S., Suite 1100
Las Vegas, NV 89101
702-388-6336
jared.l.grimmer@usdoj.gov

```
___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
                  COUNSEL/PARTIES OF RECORD

        AUG - 3 2016

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RICK VANTHIEL,<br>  AKA, Rick Spindoll,<br><br>  Defendant. | **SUPERSEDING<br>CRIMINAL INDICTMENT**<br><br>2:15-cr-00340-RFB<br><br>**VIOLATION:**<br>18 U.S.C. § 922(g), 924(a)(2)<br>Felon In Possession of Firearms and<br>Ammunition |

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
(Felon in Possession of a Firearm)

On or about September 30, 2015, in the State and Federal District of Nevada,

**RICK VANTHIEL, AKA, Rick Spindoll,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: Hi-Point, 9 millimeter handgun bearing serial number P1690539; said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(Felon in Possession of a Firearm)

On or about September 30, 2015, in the State and Federal District of Nevada,

**RICK VANTHIEL, AKA, Rick Spindoll,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: Military Armament Corp, 9 millimeter, serial number S5011598; said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3
(Felon in Possession of Ammunition)

On or about September 30, 2015, in the State and Federal District of Nevada,

**RICK VANTHIEL, AKA, Rick Spindoll,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess approximately two hundred fifty eight (258) live rounds of ammunition, to wit: .22 caliber; said possession being in and affecting interstate commerce and said ammunition having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4
(Felon in Possession of Ammunition)

On or about September 30, 2015, in the State and Federal District of Nevada,

**RICK VANTHIEL, AKA, Rick Spindoll,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess approximately one hundred (100) live rounds of

1 | ammunition, to wit: .45 caliber and 9 millimeter; said possession being in and affecting
2 | interstate commerce and said ammunition having been shipped and transported in interstate
3 | commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

5 | **DATED**: this 3rd day of August, 2016.
6 | **A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

Jared L. Grimmer
Assistant United States Attorney