DANIEL G. BOGDEN
United States Attorney
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-CR-00340-RFB |
| vs. | GOVERNMENT'S PROPOSED STATEMENT OF THE CASE |
| RICK VANTHIEL, AKA, Rick Spindoll, | |
| Defendant. | |

GOVERNMENT'S STATEMENT OF THE CASE

The Superseding Indictment in this case charges the defendant with being a felon in possession of a firearm and ammunition which originated outside of the state of Nevada. It alleges that on or about September 30, 2015, the defendant, a convicted felon, possessed two firearms and ammunition. Neither the firearms nor the ammunition charged in the superseding indictment originated in Nevada.

DATED this 10th day of August, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

//s//
_____
JARED L. GRIMMER
Assistant United States Attorney

1