DANIEL G. BOGDEN
United States Attorney
District of Nevada
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICK VANTHIEL, ) <br>   AKA, Rick Spindoll ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:15-CR-00340-RFB <br><br> GOVERNMENT'S RESPONSE TO THE COURT'S REQUEST TO IDENTIFY EVIDENCE |

On August 18, 2016, this Court requested that counsel for the United States identify to the Court which items of evidence counsel seeks to introduce as evidence at trial.  Counsel seeks to introduce all exhibits previously provided to this Court on the exhibit list,[1] which was also provided on August 10, 2016, per the Order Regarding Trial,[2] as issued by this Court.

/ / /

/ / /

---

[1] Docket No. 73
[2] Docket No. 48

Counsel will also provide this Court a copy of the photographic evidence on August 19, 2016, as requested.

DATED this 18th day of August, 2016.

                                            Respectfully Submitted,

                                            DANIEL G. BOGDEN
                                            United States Attorney

                                            _____*/s/*_____
                                            JARED L. GRIMMER
                                            Assistant United States Attorney